proceed *in forma pauperis* denied. Petitioner Hogan is allowed until March 28, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit a petition for writ of certiorari in compliance with Rule 33 of the Rules of this Court. Petition for writ of certiorari as to petitioner Erickson denied.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 86–6867.   LOWENFIELD *v.* PHELPS, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL., 484 U. S. 231;

No. 87–5587.   MURPHY *v.* AETNA LIFE & CASUALTY ET AL., 484 U. S. 961;

No. 87–5839.   DANIELS *v.* SECRETARY OF HEALTH AND HUMAN SERVICES, 484 U. S. 1016;

No. 87–5904.   TRAPANI *v.* CBS RECORDS, INC., ET AL., 484 U. S. 1036; and

No. 87–6056.   WHITE *v.* DEPARTMENT OF JUSTICE, 484 U. S. 1046.   Petitions for rehearing denied.   JUSTICE KENNEDY took no part in the consideration or decision of these petitions.

No. 87–732.   WHEELER ET AL. *v.* COMMISSIONER OF HIGHWAYS OF KENTUCKY, 484 U. S. 1007.   Petition for rehearing and/or other relief denied.   JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 87–5879 (A–631).   FRAZIER *v.* RAILROAD RETIREMENT BOARD, 484 U. S. 1029.   Application to suspend the effect of the order denying certiorari, addressed to JUSTICE KENNEDY and referred to the Court, denied.   Petition for rehearing denied.   JUSTICE KENNEDY took no part in the consideration or decision of this application and petition.

MARCH 9, 1988

No. 87–1229.   S. G. ADAMS PRINTING & STATIONERY CO. *v.* MAY CENTERS, INC.   App. Ct. Ill., 5th Dist.   Certiorari dis-